UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WESLEY I. NUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>MELISSA A. LEBLANC,<br><br>    Defendant. | Case No. 15-cv-01820-NJV<br><br>**ORDER TAKING MOTIONS UNDER SUBMISSION**<br><br>Re: Dkt. Nos. 11, 14 |

Plaintiff's Motion to Strike Defendant's Answer (Doc. 11) and Defendant's Motion to Dismiss (Doc. 14) are set for hearing August 25, 2015. Pursuant to Civil Local Rule 7-1(b), the court finds that these matters are appropriate for decision without oral argument and therefore takes the matters under submission. The matters will be decided on the papers. The hearings on these motions are vacated.

**IT IS SO ORDERED**.

Dated: August 6, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge